IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL HILL, | No. C-06-0981 MMC |
| Plaintiff, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| ELI LILLY AND COMPANY, | |
| Defendant | |

Before the Court is plaintiff's Case Management Conference Statement, filed June 8, 2006, by which plaintiff seeks to continue the June 16, 2006 case management conference in the instant action by approximately 120 days. Plaintiff states a continuance is necessary because she anticipates the instant action will be transferred for inclusion in MDL No. 1596, In re Zyprexa Products Liability Litigation, and because she has not served defendant. Because the instant action was filed February 14, 2006, the 120-day deadline for plaintiff to serve defendant, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, has not yet elapsed.

Additionally, the Court has been notified by the Judicial Panel on Multidistrict Litigation ("JPML"), by letter dated May 17, 2006, that the JPML has directed the Clerk of Eastern District of New York to file an order transferring the above-titled action to said

district court for inclusion in MDL No. 1596.

Accordingly, for good cause shown, the June 16, 2006 case management conference is hereby VACATED.

**IT IS SO ORDERED.**

Dated: June 12, 2006

MAXINE M. CHESNEY
United States District Judge